441 A.2d 465

Richetti, Appellants v. Central Penn National Bank.

Argued May 5, 1981.  Arnold J. Wolf, for appellant;  Andrew N. Schwartz, for appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

441 A.2d 465

Stanton, et ux., Appellants v. Ruddy.

Argued April 15, 1980.  Irving M. Portnoy, for appellants;  Charles W. Garbett, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Summary judgment affirmed.